IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES C. WHITEMAN, | ) | CASE NO.: 1:07 CV 2613 |
| | ) | 1:07 CV 2615 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| LAKE RIDGE ACADEMY, | ) | **JUDGMENT** |
| Defendant. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Motion for Summary Judgment filed by Defendant Lake Ridge Academy (ECF # 19) is DENIED. This case shall proceed to jury trial at 8:30 a.m. on October 31, 2008.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _October 8, 2008_